154 A.3d 689

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. BERNARD A. VALENTIN (A/K/A VALENTINE BERNARD A.), DEFENDANT-PETITIONER.STATE OF NEW JERSEY, PLAINTIFF, v. ALTONIO WILLIAMS (A/K/A ASA FANN, ATONIOY WILLIAMS, ANTONIO FANN, ANTHONY A. WILLIAMS, SHY GUY, ALTONIA D. WILLIAMS), DEFENDANT.

October 14, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-98/327-14 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 689

STATE OF NEW JERSEY, PLAINTIFF-RESPONDENT, v. ANTONIO F. VARGAS, DEFENDANT-PETITIONER.

October 21, 2016

## ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A-003414-13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.